STEVEN G. KALAR
Federal Public Defender
Northern District of California
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Geoffrey_hansen@fd.org

Counsel for Defendant CONNELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CONNELL, <br><br> Defendant. | Case No.: CR 18-281 RS <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The above titled matter is currently scheduled for sentencing on July 30, 2019. Defense counsel is on leave for the month of June, so additional time is needed to conduct the presentence interview. The assigned Probation Officer will also be on leave on the current sentencing date. Therefore, the parties agree that this date shall be vacated and the matter be placed on calendar for sentencing on August 27, 2019 at 2:30pm. United States Probation Officer Jessica Goldsberry has no objection to the proposed continuance.

\\

\\

IT IS SO STIPULATED.

    June 12, 2019             DAVID L. ANDERSON
    Dated                      United States Attorney
                               Northern District of California

                               /S
                               RAVI NARAYAN
                               Assistant United States Attorney


    June 12, 2019             STEVEN G. KALAR
    Dated                      Federal Public Defender
                               Northern District of California

                               /S
                               GEOFFREY HANSEN
                               Chief Assistant Federal Public Defender


IT IS SO ORDERED.

    6/12/19
    Dated                      RICHARD SEEBORG
                               United States District Judge